# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Thomas Saari, | Case No. 22-cv-2414 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jesse Pugh,<br>*Warden of MCF- Rush City,* | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 10, 2023. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: Petitioner's Motion for Default Judgment [Dkt No. 33] is denied as moot.

Dated: August 10, 2023

s/Patrick J. Schiltz_____
Patrick J. Schiltz
Chief Judge
United States District Court